United States District Court
Southern District of Texas
**ENTERED**
December 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ACUTE CARE AMBULANCE SERVICE, L.L.C., | § § § | |
| Plaintiff, | § § | |
| VS. | § § § | CIVIL ACTION NO. 7:20-cv-00217 |
| ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

The Court granted Defendant's motion to dismiss.[1] The Court now renders final judgment in accordance with Federal Rule of Civil Procedure 54. The Court holds that Plaintiff take nothing by this suit. Each party is to bear its own costs. Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Any relief not expressly granted in this final judgment is hereby **DENIED**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. This case is terminated and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 3rd day of December 2020.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 20.